# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151376

TRUSTEES OF THE METROPOLITAN
DETROIT PLUMBING INDUSTRY
TRAINING TRUST FUND/DETROIT
PLUMBING INDUSTRY JOINT
APPRENTICESHIP COMMITTEE,
        Plaintiff-Appellant,

v

STEVEN T. RIDENOUR,
        Defendant-Appellee.

SC: 151376
COA: 323041
St. Clair CC: 14-000437-AV

_____/

On order of the Court, the application for leave to appeal the February 26, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J. I would remand this case to the Court of Appeals for consideration as on leave granted of the meaning of the contract in dispute, in particular the significance of the term "engaged" in that contract.

BERNSTEIN, J., joins the statement of MARKMAN, J.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015



Clerk

d1028